UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     MISDEMEANOR INFORMATION

       - v. -                    :     08 Cr.

ANTHONY L. SMITH,

         Defendant.         :

- - - - - - - - - - - - - - - - - -x

                   COUNT ONE

      The United States Attorney charges:

      From in or about April 2005, up to and including in or about May 2005, in the Southern District of New York and elsewhere, ANTHONY L. SMITH, the defendant, unlawfully, willfully, and knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, with the intent to commit, and to aid and abet, and in connection with, unlawful activity that constitutes a violation of Federal law and that constitutes a felony under any applicable State and local law, to wit, SMITH possessed nine Social Security Numbers to which he was not entitled.

  (Title 18, United States Code, Sections 1028(a)(7) and (b)(6).)

                                      /s/ Michael J. Garcia
                                      MICHAEL J. GARCIA
                                      United States Attorney

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 25 20__]

[Stamp: 08 CRIM 575]